IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:02CR419
                             )
       v.                    )
                             )
JEVAUGHN D. ERWIN,           )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to reduce sentence (Filing No. 155), and the stipulation of the parties (Filing No. 158). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 36 to 34. His criminal history category remains at III. The government and defense agree that his sentence should be reduced to one hundred fifty (150) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred fifty (150) months.

      2)  The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

      IT IS RECOMMENDED that defendant be permitted to serve his sentence as close to Inglewood, California, as possible.

      DATED this 11th day of April, 2008.

                    BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                       LYLE E. STROM, Senior Judge
                       United States District Court